```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                           ---

 4

 5    THE HONORABLE MANUEL L. REAL, U.S. DISTRICT JUDGE

 6                         PRESIDING

 7

 8   THE UNITED STATES OF AMERICA,  )
                                    )
 9           Plaintiff,             )
                                    )
10     vs.                          )        No. CR 05-1017-R
                                    )
11   ALISON ANN HERUTH,             )
                                    )
12           Defendant.             )
     _____)
13

14

15

16          REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                LOS ANGELES, CALIFORNIA

18               THURSDAY, AUGUST 31, 2006

19

20                  CHANGE OF PLEA/STATUS

21

22  _____

23            DEBORAH K. GACKLE, CSR, RPR
                United States Courthouse
24         312 North Spring Street, Room 402A
              Los Angeles, California 90012
25                  (213) 620-1149
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3
 4       For the Plaintiff:
 5
 6           STEPHANIE YONEKURA
             ACTING UNITED STATES ATTORNEY
 7           BY:  David Willingham
             BY:  Christine Ewell
 8           ASSISTANT UNITED STATES ATTORNEYS
             1400 United States Courthouse
 9           312 North Spring Street
             Los Angeles, California  90012
10
11
12       For the Defendant:
13
14           Thomas Nishi
             Thomas Nishi Law Offices
15           725 S. Figueroa St., 31st Floor
             Los Angeles, CA 90017
16           213-629-9066
             Fax: 213-629-9022
17           Email: tommy5850@aol.com
18
19           ALSO PRESENT:  EDWARD ROBINSON, ESQ.
20
21                          - - - - -
22
23
24
25
```

```
 1         LOS ANGELES, CALIFORNIA; THURSDAY, AUGUST 31, 2006;
 2                            10:36 A.M.
 3                            - - - - -
 4
 5         THE CLERK:  Item 1, CR 05-1017-R, USA v. Alison Ann
 6   Heruth.
 7         Counsel, please state your appearance.
 8         MR. WILLINGHAM:  Good morning, Your Honor.  David
 9   Willingham on behalf of the United States.  Also present at
10   counsel table is FBI Special Agent Paul Bergman.
11         MR. NISHI:  Good morning, Your Honor.  Thomas Nishi
12   on behalf of Ms. Heruth, present in court.  Also present is
13   Mr. Ed Robinson, standby counsel.
14         THE COURT:  Ms. Heruth, I do not accept pleas from
15   people who claim they are not guilty and blame it on to their
16   lawyer.  The fact that you did plead guilty and were
17   sentenced -- and I don't want to be in a position to, sometime
18   in the near future, getting a petition from you or habeas
19   corpus that you did not plead voluntarily.
20         And Mr. Nishi has prepared for you a declaration in
21   which you apologized for having pleaded guilty or spoken to the
22   newspapers and claimed your innocence.
23         And so I've had the clerk get a lawyer from the
24   indigent defense panel to represent you, and I understand that
25   you talked to him this morning?
```

```
 1              THE DEFENDANT:  Yes.
 2              THE COURT:  Is that right?
 3              THE DEFENDANT:  Yes.
 4              THE COURT:  And I now want to know whether or not you
 5   now wish to withdraw your plea of guilty and go to trial in
 6   this matter?
 7              THE DEFENDANT:  No.
 8              THE COURT:  Well, tell me, then, why you professed
 9   innocence to the newspapers.
10              THE DEFENDANT:  Your Honor, life isn't black and
11   white, and I do have things that have been inside of me and
12   wanting to explain, and I'm not the monster I was made out to
13   be; and I accepted a plea bargain, and I need to act
14   responsibly and take responsibility for that.  And I apologize
15   for whatever I did to the press.  I would ask that you would
16   accept that and continue on with my probation.
17              THE COURT:  The question I have is are you persisting
18   in your own claim of not being guilty?
19              THE DEFENDANT:  Yep.
20              THE COURT:  You are?
21              THE DEFENDANT:  Yes, sir.
22              THE CLERK:  I'm sorry?
23              THE DEFENDANT:  What are you asking me, one more
24   time, please?
25              THE COURT:  Whether or not you are persisting in your
```

```
 1   claim that you are not guilty of the crime with which you
 2   pleaded guilty before me.
 3              MR. ROBINSON:  May I speak with Ms. Heruth for a
 4   moment?
 5              THE COURT:  Certainly, Mr. Robinson.
 6              MR. ROBINSON:  Thank you.
 7                    (Pause in the proceedings)
 8              THE DEFENDANT:  No.
 9              THE COURT:  I beg your pardon?
10              THE CLERK:  No, I do not want to continue.
11              THE COURT:  You understand, Ms. Heruth, that had you
12   pleaded guilty and we had a colloquy to accept your plea of
13   guilty, it was free and voluntary, that you were then under
14   oath.
15              Did you understand that?
16              THE DEFENDANT:  Yes, I do, Your Honor.
17              THE COURT:  That your claim you were not guilty, that
18   you were forced to do that, is actually a perjury for which you
19   could be prosecuted.
20              Do you understand that?
21              THE DEFENDANT:  I do.
22              THE COURT:  I have officially now appointed
23   Mr. Robinson as your lawyer for the purposes of this hearing
24   and for whatever matters you may want to take up in connection
25   with this hearing.
```

1        And I am now going to ask you again whether or not
2   you were guilty of the offense with which you were charged in
3   this court?
4        THE DEFENDANT:  Yes, I was.
5        THE COURT:  I peg your pardon?
6        THE DEFENDANT:  Yes.
7        THE COURT:  All right.  The defendant will be
8   continued on the sentence that's heretofore been imposed upon
9   her so we have it clear.
10       Mr. Robinson, you are appointed as her lawyer.  You
11  may advise her on anything that you wish to advise her on.
12       Mr. Nishi has asked to be relieved of his
13  representation of Ms. Heruth, and I grant that motion.
14       MR. WILLINGHAM:  Thank you, Your Honor.
15          (Proceedings concluded at 10:40 a.m.)
16                        - - - - -

C E R T I F I C A T E

    I hereby certify that pursuant to Section 753, Title 18, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: July 27, 2016

/S/_____

Deborah K. Gackle
CSR No. 7106

{PLAINTIFF} V. {DEFENDANT}                                                                                        {WITNESSNAME} {DATE}

| | | | | |
|---|---|---|---|---|
| MR. NISHI: [1] 3/10<br>MR. ROBINSON: [2] 5/2 5/5<br>MR. WILLINGHAM: [2] 3/7 6/13<br>THE CLERK: [3] 3/3 4/21 5/9<br>THE COURT: [14]<br>THE DEFENDANT: [12]<br><br>/<br>/S [1] 7/12<br><br>0<br>05-1017-R [2] 1/10 3/5<br><br>1<br>10:36 A.M [1] 3/2<br>10:40 [1] 6/15<br>1149 [1] 1/25<br>1400 [1] 2/8<br>18 [1] 7/4<br><br>2<br>2006 [2] 1/18 3/1<br>2016 [1] 7/10<br>213 [1] 1/25<br>213-629-9022 [1] 2/16<br>213-629-9066 [1] 2/16<br>27 [1] 7/10<br><br>3<br>31 [2] 1/18 3/1<br>312 [2] 1/24 2/9<br>31st [1] 2/15<br><br>4<br>402A [1] 1/24<br><br>6<br>620-1149 [1] 1/25<br><br>7<br>7106 [1] 7/13<br>725 [1] 2/15<br>753 [1] 7/3<br><br>9<br>90012 [2] 1/24 2/9<br>90017 [1] 2/15<br>9022 [1] 2/16<br>9066 [1] 2/16<br><br>A<br>a.m [2] 3/2 6/15<br>above [1] 7/6<br>above-entitled [1] 7/6<br>accept [3] 3/14 4/16 5/12<br>accepted [1] 4/13 | act [1] 4/13<br>ACTING [1] 2/6<br>actually [1] 5/18<br>advise [2] 6/11 6/11<br>again [1] 6/1<br>Agent [1] 3/10<br>ALISON [2] 1/11 3/5<br>All [1] 6/7<br>ALSO [3] 2/19 3/9 3/12<br>am [1] 6/1<br>AMERICA [1] 1/8<br>ANGELES [5] 1/17 1/24 2/9 2/15 3/1<br>ANN [2] 1/11 3/5<br>anything [1] 6/11<br>aol.com [1] 2/17<br>apologize [1] 4/14<br>apologized [1] 3/21<br>appearance [1] 3/7<br>APPEARANCES [1] 2/1<br>appointed [2] 5/22 6/10<br>are [7] 3/15 4/17 4/20 4/23 4/25 5/1 6/10<br>as [2] 5/23 6/10<br>ask [2] 4/15 6/1<br>asked [1] 6/12<br>asking [1] 4/23<br>ASSISTANT [1] 2/8<br>at [2] 3/9 6/15<br>ATTORNEY [1] 2/6<br>ATTORNEYS [1] 2/8<br>AUGUST [2] 1/18 3/1<br><br>B<br>bargain [1] 4/13<br>beg [1] 5/9<br>behalf [2] 3/9 3/12<br>Bergman [1] 3/10<br>black [1] 4/10<br>blame [1] 3/15<br><br>C<br>CA [1] 2/15<br>CALIFORNIA [5] 1/2 1/17 1/24 2/9 3/1<br>CENTRAL [1] 1/2<br>Certainly [1] 5/5<br>certify [1] 7/3<br>CHANGE [1] 1/20<br>charged [1] 6/2<br>Christine [1] 2/7<br>claim [4] 3/15 4/18 5/1 5/17<br>claimed [1] 3/22<br>clear [1] 6/9<br>clerk [1] 3/23<br>Code [1] 7/4<br>colloquy [1] 5/12<br>concluded [1] 6/15 | Conference [1] 7/8<br>conformance [1] 7/7<br>connection [1] 5/24<br>continue [2] 4/16 5/10<br>continued [1] 6/8<br>corpus [1] 3/19<br>correct [1] 7/5<br>could [1] 5/19<br>counsel [4] 2/1 3/7 3/10 3/13<br>court [3] 1/1 3/12 6/3<br>Courthouse [2] 1/23 2/8<br>CR [2] 1/10 3/5<br>crime [1] 5/1<br>CSR [2] 1/23 7/13<br><br>D<br>Date [1] 7/10<br>David [2] 2/7 3/8<br>DEBORAH [2] 1/23 7/13<br>declaration [1] 3/20<br>defense [1] 3/24<br>did [4] 3/16 3/19 4/15 5/15<br>DISTRICT [3] 1/1 1/2 1/5<br>do [7] 3/14 4/11 5/10 5/16 5/18 5/20 5/21<br>don't [1] 3/17<br><br>E<br>Ed [1] 3/13<br>EDWARD [1] 2/19<br>Email [1] 2/17<br>entitled [1] 7/6<br>ESQ [1] 2/19<br>Ewell [1] 2/7<br>explain [1] 4/12<br><br>F<br>fact [1] 3/16<br>Fax [1] 2/16<br>FBI [1] 3/10<br>Figueroa [1] 2/15<br>Floor [1] 2/15<br>forced [1] 5/18<br>foregoing [1] 7/4<br>format [1] 7/7<br>free [1] 5/13<br>future [1] 3/18<br><br>G<br>GACKLE [2] 1/23 7/13<br>get [1] 3/23<br>getting [1] 3/18<br>Good [2] 3/8 3/11<br>grant [1] 6/13<br>guilty [11] | H<br>habeas [1] 3/18<br>had [3] 3/23 5/11 5/12<br>has [2] 3/20 6/12<br>have [5] 4/11 4/11 4/17 5/22 6/9<br>having [1] 3/21<br>hearing [2] 5/23 5/25<br>held [1] 7/6<br>hereby [1] 7/3<br>heretofore [1] 6/8<br>HERUTH [7] 1/11 3/6 3/12 3/14 5/3 5/11 6/13<br>his [1] 6/12<br>Honor [5] 3/8 3/11 4/10 5/16 6/14<br>HONORABLE [1] 1/5<br><br>I<br>I'm [2] 4/12 4/22<br>I've [1] 3/23<br>imposed [1] 6/8<br>in [12]<br>indigent [1] 3/24<br>innocence [2] 3/22 4/9<br>inside [1] 4/11<br>it [3] 3/15 5/13 6/9<br>Item [1] 3/5<br><br>J<br>JUDGE [1] 1/5<br>Judicial [1] 7/7<br>July [1] 7/10<br><br>K<br>know [1] 4/4<br><br>L<br>Law [1] 2/14<br>lawyer [4] 3/16 3/23 5/23 6/10<br>life [1] 4/10<br>LOS [5] 1/17 1/24 2/9 2/15 3/1<br><br>M<br>made [1] 4/12<br>MANUEL [1] 1/5<br>matter [2] 4/6 7/6<br>matters [1] 5/24<br>may [3] 5/3 5/24 6/11<br>me [4] 4/8 4/11 4/23 5/2<br>moment [1] 5/4<br>monster [1] 4/12<br>morning [3] 3/8 3/11 3/25<br>motion [1] 6/13<br>Mr [1] 5/5<br>Mr. [5] 3/13 3/20 5/23 | 6/10 6/12<br>Mr. Ed [1] 3/13<br>Mr. Nishi [2] 3/20 6/12<br>Mr. Robinson [2] 5/23 6/10<br>Ms. [5] 3/12 3/14 5/3 5/11 6/13<br>Ms. Heruth [5] 3/12 3/14 5/3 5/11 6/13<br><br>N<br>near [1] 3/18<br>need [1] 4/13<br>newspapers [2] 3/22 4/9<br>Nishi [5] 2/14 2/14 3/11 3/20 6/12<br>North [2] 1/24 2/9<br>not [11]<br><br>O<br>oath [1] 5/14<br>offense [1] 6/2<br>Offices [1] 2/14<br>officially [1] 5/22<br>one [1] 4/23<br>out [1] 4/12<br>own [1] 4/18<br><br>P<br>page [1] 7/6<br>panel [1] 3/24<br>pardon [2] 5/9 6/5<br>Paul [1] 3/10<br>Pause [1] 5/7<br>peg [1] 6/5<br>people [1] 3/15<br>perjury [1] 5/18<br>persisting [2] 4/17 4/25<br>petition [1] 3/18<br>plea [4] 1/20 4/5 4/13 5/12<br>PLEA/STATUS [1] 1/20<br>plead [2] 3/16 3/19<br>pleaded [3] 3/21 5/2 5/12<br>pleas [1] 3/14<br>please [2] 3/7 4/24<br>position [1] 3/17<br>prepared [1] 3/20<br>present [4] 2/19 3/9 3/12 3/12<br>PRESIDING [1] 1/6<br>press [1] 4/15<br>probation [1] 4/16<br>proceedings [4] 1/16 5/7 6/15 7/5<br>professed [1] 4/8<br>prosecuted [1] 5/19<br>purposes [1] 5/23 |

**P**

pursuant [1] 7/3

**Q**

question [1] 4/17

**R**

REAL [1] 1/5
regulations [1] 7/7
relieved [1] 6/12
reported [1] 7/5
REPORTER'S [1] 1/16
represent [1] 3/24
representation [1] 6/13
responsibility [1] 4/14
responsibly [1] 4/14
right [2] 4/2 6/7
ROBINSON [5] 2/19 3/13 5/5 5/23 6/10
Room [1] 1/24
RPR [1] 1/23

**S**

Section [1] 7/3
sentence [1] 6/8
sentenced [1] 3/17
sir [1] 4/21
sometime [1] 3/17
sorry [1] 4/22
speak [1] 5/3
Special [1] 3/10
spoken [1] 3/21
Spring [2] 1/24 2/9
St [1] 2/15
standby [1] 3/13
state [1] 3/7
STATES [9]
STATUS [1] 1/20
stenographically [1] 7/5
STEPHANIE [1] 2/6
Street [2] 1/24 2/9

**T**

table [1] 3/10
talked [1] 3/25
tell [1] 4/8
Thank [2] 5/6 6/14
that's [1] 6/8
their [1] 3/15
things [1] 4/11
this [5] 3/25 4/6 5/23 5/25 6/3
Thomas [3] 2/14 2/14 3/11
THURSDAY [2] 1/18 3/1
time [1] 4/24
Title [1] 7/4
Title 18 [1] 7/4

tommy5850 [1] 2/17
transcript [3] 1/16 7/5 7/6
trial [1] 4/5

**U**

U.S [1] 1/5
under [1] 5/13
understand [4] 3/24 5/11 5/15 5/20
UNITED [9]
upon [1] 6/8
USA [1] 3/5

**V**

voluntarily [1] 3/19
voluntary [1] 5/13

**W**

want [4] 3/17 4/4 5/10 5/24
wanting [1] 4/12
was [3] 4/12 5/13 6/4
we [2] 5/12 6/9
Well [1] 4/8
What [1] 4/23
whether [3] 4/4 4/25 6/1
which [4] 3/21 5/1 5/18 6/2
white [1] 4/11
who [1] 3/15
why [1] 4/8
Willingham [2] 2/7 3/9
wish [2] 4/5 6/11
withdraw [1] 4/5
would [2] 4/15 4/15

**Y**

Yep [1] 4/19
YONEKURA [1] 2/6