1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                    ---

4

5     THE HONORABLE MANUEL L. REAL, U.S. DISTRICT JUDGE

6                  PRESIDING

7

8  THE UNITED STATES OF AMERICA,  )
                                  )
9          Plaintiff,             )
                                  )
10    vs.                         )        No. CR 05-1017-R
                                  )
11  ALISON ANN HERUTH,            )
                                  )
12          Defendant.            )
   _____)

13

14

15

16        REPORTER'S TRANSCRIPT OF PROCEEDINGS

17            LOS ANGELES, CALIFORNIA

18          WEDNESDAY, APRIL 19, 2006

19

20              **CHANGE OF PLEA**

21

22  _____

23           DEBORAH K. GACKLE, CSR, RPR
              United States Courthouse
24       312 North Spring Street, Room 402A
           Los Angeles, California 90012
25                (213) 620-1149

**APPEARANCES OF COUNSEL:**

**For the Plaintiff:**

          STEPHANIE YONEKURA
          ACTING UNITED STATES ATTORNEY
          BY:  David Willingham
          BY:  Christine Ewell
          ASSISTANT UNITED STATES ATTORNEYS
          1400 United States Courthouse
          312 North Spring Street
          Los Angeles, California  90012

**For the Defendant:**

          THOMAS NISHI
          THOMAS NISHI LAW OFFICES
          725 S. Figueroa St., 31st Floor
          Los Angeles, CA 90017
          213-629-9066
          Fax: 213-629-9022
          Email: tommy5850@aol.com

                         - - - - -

1          **LOS ANGELES, CALIFORNIA; WEDNESDAY, APRIL 19, 2006;**

2                          **2:15 P.M.**

3                          **- - - - -**

4

5          THE CLERK:  Item 1, CR 05-1017(A), United States of

6    America versus Alison Ann Heruth.

7          Counsel appearances, please.

8          MR. WILLINGHAM:  Good afternoon, Your Honor.  David

9    Willingham and Christine Ewell on behalf of the United States.

10   Present in the courtroom are Hal Bertrand from the FBI and Walt

11   Finnigan from the IRS.

12         MR. NISHI:  Tom Nishi on behalf on behalf of Alison

13   Ann Heruth, present in court.

14         THE COURT:  Ms. Heruth, I understand you've entered a

15   plea agreement to plead guilty to count 32 of the first

16   superseding indictment.

17         Is that correct?

18         THE DEFENDANT:  Yes.

19         THE COURT:  You understand that this plea agreement

20   does not bind me in any way as to what sentence I can impose

21   upon you within the maximum penalty provided by law.

22         You understand that?

23         THE DEFENDANT:  Yes.

24         THE COURT:  It does not bind me to any sentence I

25   would impose upon you in any respect and to accept or reject

1   any recommendations made on your behalf at the time of

2   sentence.

3           You understand that?

4           THE DEFENDANT:  Yes.

5           THE COURT:  Before taking your plea, we are going

6   place you under oath and ask you some questions.

7           This is an important proceeding in which I must make

8   a determination of the bases in fact for your plea and the

9   voluntariness of your plea.

10          Do you understand that?

11          THE DEFENDANT:  Yes.

12          THE COURT:  If you should make any false answers to

13  any of my questions, you can be prosecuted for perjury.

14          Do you understand that?

15          THE DEFENDANT:  Yes.

16          THE COURT:  If you are prosecuted and convicted of

17  perjury for any false or untruthful answers you give me to

18  these questions, you can be imprisoned for up to five years,

19  which could be in addition to any sentence you may receive upon

20  the disposition of the charges against you this afternoon.

21          Do you understand that?

22          THE DEFENDANT:  (Nodding head up and down.)

23          THE COURT:  Swear the defendant.

24          THE CLERK:  Please raise your right hand.

25          (Defendant sworn.)

```
1                    THE DEFENDANT:  So help me God.

2                    THE COURT:  Before accepting your plea, I want to

3      advise you again personally that you have a constitutional

4      right to a speedy and public trial by jury; to see and hear the

5      evidence and cross-examine witnesses against you; to the

6      processes of this court to compel the attendance of witnesses

7      in your favor; and to the assistance of counsel at all stages

8      of the proceedings.

9                    Do you understand?

10                   THE DEFENDANT:  Yes.

11                   THE COURT:  You are not required to prove your

12     innocence, but it is the duty of the government to prove by

13     competent evidence your guilt beyond a reasonable doubt.

14                   Do you understand that?

15                   THE DEFENDANT:  Yes.

16                   THE COURT:  At any trial of the matter, that you

17     could not be called as witness against yourself or compelled or

18     forced in any manner to incriminate yourself.

19                   Do you understand that?

20                   THE DEFENDANT:  Yes.

21                   THE COURT:  By pleading guilty to this charge, you

22     are in fact waiving your right to trial in which 12 jurors

23     unanimously agree upon your guilt or innocence.

24                   Do you understand that?

25                   THE DEFENDANT:  Yes.
```

```
1              THE COURT:  By pleading guilty to this charge, you

2    are in fact waiving your right to appeal this matter.

3              You understand that?

4              THE DEFENDANT:  Yes.

5              THE COURT:  Just relax.

6              With each of those rights in mind, is it your desire

7    to waive those rights by your plea of guilty rather than to go

8    to trial in this matter?

9              THE DEFENDANT:  (No audible response.)

10             THE COURT:  I stated the constitutional rights to

11   which you are entitled.

12             Do you desire to waive those rights by your plea of

13   guilty rather than to go to trial in this matter?

14             THE DEFENDANT:  Yes.

15             THE COURT:  Have you told your lawyer the whole story

16   concerning all those facts charged against you in this first

17   superseding indictment?

18             THE DEFENDANT:  Yes.

19             THE COURT:  Have you told your lawyer all the facts

20   and circumstances which may surround any statement, confession,

21   or other evidence that has been obtained from you by anyone?

22             THE DEFENDANT:  Yes.

23             THE COURT:  Have you been told of the nature of the

24   charges against you and any possible defenses you may have?

25             THE DEFENDANT:  Yes.
```

```
 1              THE COURT:  Have you been told of the maximum penalty

 2   provided by law for the offense to which you now offer to plead

 3   guilty?

 4              THE DEFENDANT:  Yes.

 5              THE COURT:  State the maximum penalty to her,

 6   Counsel.

 7              MR. WILLINGHAM:  Yes, Your Honor.

 8              The maximum sentence that the court can impose for a

 9   violation of Title 18, United States Code, Section 4, is three

10   years imprisonment; a one-year period of supervised release; a

11   fine of $250,000, or twice the gross gain or gross loss

12   resulting from the offense, and a mandatory special assessment

13   of $100.

14              THE COURT:  Is your plea of guilty entirely free and

15   voluntary?

16              THE DEFENDANT:  Yes.

17              THE COURT:  It's not free and voluntary?

18              THE DEFENDANT:  I said yes.

19              THE COURT:  It's charged in count 32 of the

20   indictment, Ms. Heruth, "The Grand jury repeats and realleges

21   paragraphs one through three and five through eight of this

22   first superseding indictment as if fully set forth herein.

23              Paragraph 2 provides, "To finance Steeple's

24   activities, defendant Medawar and others raised money from

25   investors through the sale of stock in Steeple.
```

1          Paragraph 5 provides that "Defendant Medawar carried

2  out the scheme, in essence, as follows:  Defendant Medawar

3  solicited, and caused others to solicit, potential investors to

4  invest in Steeple.

5          "Defendant Medawar, and others working at the

6  direction of Defendant Medawar, made numerous material

7  misrepresentations to, and concealed material facts from

8  investors as described below, to convince investors to invest

9  in Steeple.

10          "Defendant Medawar prepared, and caused to be

11  prepared, written materials that were mailed or otherwise

12  distributed to investors, including private placement

13  memoranda, subscription agreements, news articles, press

14  releases and other promotional materials containing material

15  misrepresentations and omissions of material fact.

16          "Defendant Medawar caused investors to mail, wire

17  transfer and otherwise deliver funds to him for investment in

18  Steeple.

19          "Defendant Medawar deposited, and caused to be

20  deposited, investor funds in bank accounts that he controlled

21  at Bank of America, including:  Steeple Distributions, Limited,

22  bank account No. X-10196; Steeple Distributions, Limited, bank

23  account No. X-10091; Steeple Distribution, Limited, bank

24  account No. X-06104; and Defendant Medawar bank account No.

25  X-01471.

1          "Defendant Medawar deposited, and caused to be

2     deposited, investor funds in bank accounts that he controlled

3     at Wells Fargo Bank, including:  Steeple Distributions,

4     Limited, bank account No. XXX-XXX-6244; Steeple Distribution,

5     Limited, bank account No. XXX-XXX6996; and Defendant Medawar

6     bank account No. XXX-XXX1173.

7          "Defendant Medawar deposited, and caused to be

8     deposited, investor funds in bank accounts that he controlled

9     at First Federal Bank including:  Steeple Entertainment bank

10    account No. 7505; and Defendant Medawar used investors' funds

11    for his own and other's personal purposes, rather than using

12    them for business purposes as had been" -- "as had been

13    represented and promised to investors.

14         "Defendant Medawar diverted, misused, and

15    misappropriated investor funds to pay for personal expenses of

16    himself and others, including, but not limited to, apartment

17    and home rentals, tuition, child care, clothing, food and

18    entertainment, and automobile leases.

19         "As a result of this scheme to defraud, Defendant

20    Medawar caused more than 70 investors to invest more than

21    $5.5 million in Steeple by use of false and misleading

22    representations and promises and the concealment of material

23    facts.

24         Paragraph six:  "In furtherance of the scheme to

25    defraud described above, Defendant Medawar knowingly made, and

1  caused to be made, the following material false and fraudulent

2  pretenses, representations, and promises:  Steeple would

3  conduct an initial public offering in the near future when, in

4  truth and in fact, as Defendant Medawar well knew, Steeple was

5  never in a position to conduct an initial public offering and

6  never conducted any initial public offering.

7       "That Steeple was in the process of having its

8  financial statements audited in preparation for an initial

9  public offering when, in truth and in fact as Defendant Medawar

10 well knew, Steeple's financial statements were never audited.

11      "That Steeple hired an underwriter to take it public,

12 namely, UBS, Paine Webber, and/or Smith Barney, when, in truth

13 and in fact, as Defendant Medawar well knew, Steeple never

14 entered into any agreement with any underwriter to take Steeple

15 public.

16      "That Steeple had a valuation of over $200 million

17 when, in truth and in fact, as Defendant Medawar well knew,

18 Steeple never had a value of $200 million, and to the extent

19 Steeple was ever worth anything, it was worth a tiny fraction

20 of $200 million.

21      "That investor funds would be used for business

22 operations, such as production of the 'DHS' television series,

23 when, in truth and in fact, as Defendant Medawar knew, the

24 investor funds would be diverted, misused and misappropriated

25 by Defendant Medawar for personal uses and the personal uses of

1    others at direction of Defendant Medawar.

2            "That Steeple had completed distribution deals for

3    'DHS,' the television series in 137 overseas markets, when, in

4    truth and in fact, as Defendant Medawar well knew, Steeple did

5    not have complete distribution deals with overseas markets for

6    'DHS,' the television series.

7            "That 'DHS,' the television series had the

8    endorsement of President Bush, when, in truth and in fact, as

9    Defendant Medawar well knew, the 'DHS,' the television series,

10   did not have the endorsement of President Bush.

11           "That Steeple had the endorsement of, and approval,

12   to use the name and seal of, the Department of Homeland

13   Security, when, in truth and in fact, as Defendant Medawar well

14   knew, Steeple did not have the a endorsement of, or the,

15   approval to use the name and seal of the Department of Homeland

16   Security.

17           "That Steeple had 26 episodes of 'DHS,' in its

18   various forms, in post-production,when, in truth and in fact,

19   as Defendant Medawar well knew, Steeple did not have 26

20   episodes of 'DHS' in any form in post-production.

21           "In addition to the foregoing false and fraudulent

22   representations" -- in paragraph seven -- "and promises,

23   Defendant Medawar knowingly concealed, and caused others

24   working at his direction to conceal, the following material

25   fact from investors or potential investors:

1    "The California Department of Corporations had issued

2    a Desist and Refrain Order to Defendant Medawar on or about

3    May 9, 2005, ordering that Defendant Medawar desist and refrain

4    from selling securities in the state of California.

5    "Paragraph eight, in furtherance of the scheme to

6    defraud, Defendant Medawar, also caused lulling letters to be

7    mailed and sent to investors that created the false and

8    misleading impression that their funds had been invested as

9    promised and that Steeple had used those investors funds for

10   business purposes as promised.  Medawar caused these letters to

11   be mailed and sent to on investors to prevent them from seeking

12   the return of their investments, suing Defendant Medawar

13   Steeple, and from informing law enforcement officers of their

14   activities.

15   "Beginning at least as early as May 2003 and

16   continuing through on or about September 2005, in Los Angeles

17   County, within the Central District of California, and

18   elsewhere, defendant, Alison Ann Heruth, also known as Alison

19   Heruth-Waterbury, having full knowledge of the actual

20   commission of a felony cognizable by a court of the United

21   States, to wit, violations of the mail fraud statute, 18 United

22   States Code, Section 1341, by Joseph M. Medawar, arising from

23   Medawar's scheme to defraud and to obtain money and property

24   from investors by means of materially false and fraudulent

25   pretenses, representations and promises, and the concealment of

1    material facts, did conceal the same by making material false

2    statements during an interview conducted on or about April 13,

3    2005, by the United States Attorney's Office, the Federal

4    Bureau of Investigation, and the Internal Revenue Service, and

5    did not as soon as possible make known the same to some judge

6    or other person in civil or military authority under the United

7    States.

8            Are you pleading guilty to that charge because you

9    are in fact guilty?

10           THE DEFENDANT:  On everything that you just said, am

11   I guilty of?

12           THE COURT:  The charge in count 32.

13           THE DEFENDANT:  That I had full --

14           THE COURT:  The grand jury repeats and realleges

15   paragraphs one through three and five through eight of this

16   indictment to set up that count.  The count has to do with the

17   failure to notify anybody and to -- the United States

18   Attorney's Office, the FBI and the Internal Revenue Service or

19   some judge that you had knowledge that Joseph M. Medawar was

20   violating the laws of the United States, that is, a violation

21   of a mail fraud statute, which is Title 18, United States Code,

22   Section 1341.  That is the charge against you.

23           Are you pleading guilty to that charge because you

24   are, in fact, guilty?

25           THE DEFENDANT:  Yes.

```
 1              THE COURT:  And on April 13, 2005, were you

 2   interviewed in the United States Attorney's Office with the

 3   United States -- assistant United States attorney, FBI and

 4   Internal Revenue Service present?

 5              THE DEFENDANT:  Sorry.  I didn't hear you.

 6              THE COURT:  Were you, on April 13, 2005, in the

 7   United States Attorney's Office, with the Federal Bureau of

 8   Investigation, and the Internal Revenue Service?

 9              THE DEFENDANT:  Yes.

10              THE COURT:  And at that time, did you let them know

11   that Joseph Medawar was involved in the scheme to defraud in

12   violation of mail fraud statutes of the United States?

13              THE DEFENDANT:  No.

14              MR. NISHI:  For the record, Your Honor, the interview

15   took place at the offices of FBI at 11000 Wilshire in Westwood,

16   California.

17              THE COURT:  Is that where they took place?

18              THE DEFENDANT:  (Nodding head up and down.)

19              THE COURT:  Did you know when you were not telling

20   those persons about your knowledge that you were in fact

21   violating the laws of the United States?

22              MR. NISHI:  I'm sorry, Your Honor.

23              THE COURT:  That's all right.  Relax.

24              THE DEFENDANT:  I know now, I guess.

25              THE COURT:  Well, did you know you were violating the
```

```
 1   law when you did that?

 2              THE DEFENDANT:  Yes.

 3              THE COURT:  That you knew something that you weren't

 4   telling?

 5              THE DEFENDANT:  Yes.

 6              THE COURT:  Are you pleading guilty because of any

 7   threat made upon you or any member of your family, or anyone

 8   who is near and dear to you?

 9              THE DEFENDANT:  No.

10              THE COURT:  Is your plea of guilty entirely free and

11   voluntarily?

12              THE DEFENDANT:  Yes.

13              THE COURT:  Are you presently under a doctor's care?

14              THE DEFENDANT:  No.

15              THE COURT:  Are you taking any medicines or drugs

16   regularly?

17              THE DEFENDANT:  No.

18              THE COURT:  Have you taken any medicines, drugs,

19   pills or alcoholic beverages today?

20              THE DEFENDANT:  No.

21              THE CLERK:  Have you ever been under psychiatric

22   care --

23              THE DEFENDANT:  No.

24              THE COURT:  -- of any kind?

25              You understand if I should accept your plea of
```

1    guilty, that the only thing left in your case is the imposition

2    of sentence, which may include imprisonment in this matter?

3              THE DEFENDANT:  Yes.

4              THE COURT:  Has counsel advised the defendant of

5    certain legality or admissibility of any statements or

6    confessions or other evidence the government has against her?

7              MR. NISHI:  Yes, I have.

8              THE COURT:  Is the defendant pleading guilty because

9    of any illegally obtained evidence in the possession of the

10   government?

11             MR. NISHI:  No, Your Honor.

12             THE COURT:  Has the defendant told you anything about

13   medication, drugs or other factors that may affect her actions

14   today?

15             MR. NISHI:  No, Your Honor.

16             THE COURT:  Have you made any indication to your

17   client of what sentence I would impose or conveyed to the

18   defendant the promise of any particular sentence in the event

19   of a plea of guilty?

20             MR. NISHI:  No, Your Honor.

21             THE COURT:  Do you know of any reason why I should

22   not accept the plea of guilty from your client?

23             MR. NISHI:  No, Your Honor.

24             THE COURT:  After review of this matter and

25   consultation with your client, do you believe it's in your

```
 1   client's best interest to plead guilty to count 33[sic] of the

 2   indictment rather than to go to trial in this matter?

 3            MR. NISHI:  Yes.

 4            THE COURT:  Have you discussed with your client the

 5   elements of the offense of Title 18, United States Code,

 6   Section 4, to which she is pleading guilty in count 33 this

 7   afternoon?

 8            MR. NISHI:  Yes, Your Honor.

 9            THE CLERK:  Are you satisfied that your client

10   understands the elements of the offense of Title 18, United

11   States Code, Section 4, to which she is pleading guilty this

12   afternoon?

13            MR. NISHI:  Yes, Your Honor.

14            MR. WILLINGHAM:  For the record, it's just count 32

15   instead of 33, which the court referenced.

16            THE COURT:  It's the same statute, the same facts?

17            MR. NISHI:  Yes, Your Honor.

18            THE COURT:  Do you feel you've had sufficient time to

19   discuss the matter with Mr. Nishi before you plead guilty this

20   afternoon?

21            THE DEFENDANT:  Yes.

22            THE COURT:  Are you satisfied with the representation

23   of Mr. Nishi in this matter?

24            THE DEFENDANT:  Yes.

25            THE COURT:  After talking to Mr. Nishi, and your own
```

```
 1   knowledge of the facts of this case, do you feel it's in your

 2   best interest to plead guilty to count 32 of this superseding

 3   indictment rather than to go to trial in this matter?

 4            THE DEFENDANT:  Yes, I do think it's in my best

 5   interest to accept this.

 6            THE COURT:  After talking to Mr. Nishi and -- do you

 7   think it's in your best interest to plead guilty?

 8            THE DEFENDANT:  Yes.

 9            THE COURT:  Has Mr. Nishi, or has any other person,

10   told you that you must lie to me in the answers to the

11   questions which I put to you so that I would accept your plea

12   of guilty?

13            THE DEFENDANT:  No.

14            THE COURT:  Have you lied to me in any fashion in the

15   answers to the questions which I put to you this afternoon?

16            THE DEFENDANT:  No.

17            THE COURT:  How then do you now plead to count 32,

18   guilty or not guilty?

19            THE DEFENDANT:  Guilty.

20            THE COURT:  Defendant and counsel having advised the

21   court that they have conferred upon the offered plea of guilty

22   and all aspects of the charges against the defendant and any

23   defenses she may have, the court having observed the defendant

24   in making her answers, her demeanor while answering questions,

25   her apparent intelligence and her attitude, observing that the
```

1  defendant does not appear to be under the influence of any

2  medicine, drug or other substance which may affect her judgment

3  or manner in this court, the court finds that the offer of the

4  plea of guilty of the defendant, Alison Ann Heruth, to count 32

5  of the indictment has a factual basis, is free any coercive

6  influence of any kind, is freely and voluntarily made with the

7  full knowledge of the charges against her in the answers to her

8  plea.

9          Having been promised no certain sentence, and no

10  threats or coercion having been exerted upon her in any manner,

11  the plea of guilty of the defendant, Alison Ann Heruth, to

12  count 32 of the indictment will be accepted and entered.

13          Is it -- Counsel, Mr. Nishi, is it clear that she's

14  pleading guilty to count 32, which is same factual basis as

15  count 33?

16          MR. NISHI:  Yes, Your Honor.

17          THE COURT:  Did you understand that, Ms. Heruth, you

18  were pleading guilty to count 32, which is basically the same

19  factual basis as count 33?

20          THE DEFENDANT:  I'm sorry.  Would you please repeat.

21          THE COURT:  Do you understand that you are pleading

22  guilty to count 32, which as the same factual basis as count

23  33?

24          THE DEFENDANT:  Yes.

25          THE CLERK:  The court having observed the defendant

1   in making her answers, her demeanor while answering questions,

2   her apparent intelligence and her attitude, observing that the

3   defendant does not appear to be under the influence of any

4   medicine, drug or other substance which may affect her judgment

5   or manner in this court, the court finds that the offer of the

6   plea of guilty of the defendant, Alison Ann Heruth, to count 32

7   of the indictment, has a factual basis, is free any coercive

8   influence of any kind, is freely and voluntarily made with the

9   full knowledge of the charges against her in the answers to her

10   plea.

11          Having been promised no certain sentence, and no

12   threats or coercion having been exerted upon her in any manner,

13   the plea of guilty of the defendant, Alison Ann Heruth, to

14   count 32 of the indictment will be accepted and entered.

15          Is it -- Counsel, Mr. Nishi, is it clear that she's

16   pleading guilty to count 32, which is same factual basis as

17   count 33?

18          MR. NISHI:  Yes, Your Honor.

19          THE COURT:  Matter is referred to the probation

20   office for a presentence investigation and report, continued to

21   July 17, 2006, at 1:30 p.m.

22          Ms. Heruth, you are to return on July 17, at 1:30

23   p.m. for sentence.

24          You understand that?

25          THE DEFENDANT:  Yes.

1          THE COURT:  All right.  We're in recess.

2          (Proceedings concluded at 2:26 p.m.)

3                    - - - - -

1               C E R T I F I C A T E

2

3          I hereby certify that pursuant to Section 753,

4    Title 18, United States Code, the foregoing is a true and

5    correct transcript of the stenographically reported proceedings

6    held in the above-entitled matter and that the transcript page

7    format is in conformance with the regulations of the Judicial

8    Conference of the United States.

9

10     Date:  July 28, 2016

11

12                    /S/_____

13                      Deborah K. Gackle
                         CSR No. 7106
14

15

16

17

18

19

20

21

22

23

24

25

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

MR. NISHI: **[14]** 3/11 14/13 14/21 16/6 16/10 16/14 16/19 16/22 17/2 17/7 17/12 17/16 19/15 20/17
MR. WILLINGHAM: **[3]** 3/7 7/6 17/13
THE CLERK: **[5]** 3/3 4/23 15/20 17/8 19/24
THE COURT: **[58]**
THE DEFENDANT: **[47]**

**$**
**$100** [1] 7/13
**$200** [3] 10/16 10/18 10/20
**$250,000** [1] 7/11
**$5.5** [1] 9/21
**$5.5 million** [1] 9/21

**'**
**'DHS'** [2] 10/22 11/20
**'DHS,'** [5] 11/3 11/6 11/7 11/9 11/17

**/**
**/S** [1] 22/12

**0**
**01471** [1] 8/25
**05-1017** [1] 3/5
**05-1017-R** [1] 1/10
**06104** [1] 8/24

**1**
**10091** [1] 8/23
**1017** [1] 3/5
**10196** [1] 8/22
**11000** [1] 14/15
**1149** [1] 1/25
**12** [1] 5/22
**13** [3] 13/2 14/1 14/6
**1341** [2] 12/22 13/22
**137** [1] 11/3
**1400** [1] 2/8
**17** [3] 20/21 20/22
**18** [6] 7/9 12/21 13/21 17/5 17/10 22/4
**19** [2] 1/18 3/1
**1:30** [2] 20/21 20/22

**2**
**2003** [1] 12/15
**2005** [5] 12/3 12/16 13/3 14/1 14/6
**2006** [3] 1/18 3/1 20/21
**2016** [1] 22/10
**213** [1] 1/25
**213-629-9022** [1] 2/16

**213-629-9066** [1] 2/16
**26** [2] 11/17 11/19
**28** [1] 22/10
**2:15 P.M** [1] 3/2
**2:26** [1] 21/2

**3**
**312** [2] 1/24 2/9
**31st** [1] 2/15
**32** [14] 3/15 7/19 13/12 17/14 18/2 18/17 19/4 19/12 19/14 19/18 19/22 20/6 20/14 20/16
**33** [7] 17/1 17/6 17/15 19/15 19/19 19/23 20/17

**4**
**402A** [1] 1/24

**6**
**620-1149** [1] 1/25
**6244** [1] 9/4

**7**
**70** [1] 9/20
**7106** [1] 22/13
**725** [1] 2/15
**7505** [1] 9/10
**753** [1] 22/3

**9**
**90012** [2] 1/24 2/9
**90017** [1] 2/15
**9022** [1] 2/16
**9066** [1] 2/16

**A**
**above** [2] 9/25 22/6
**above-entitled** [1] 22/6
**accept** [5] 3/25 15/25 16/22 18/5 18/11
**accepted** [2] 19/12 20/14
**accepting** [1] 5/2
**account** [8] 8/22 8/23 8/24 8/24 9/4 9/5 9/6 9/10
**accounts** [3] 8/20 9/2 9/8
**ACTING** [1] 2/6
**actions** [1] 16/13
**activities** [2] 7/24 12/14
**actual** [1] 12/19
**addition** [2] 4/19 11/21
**admissibility** [1] 16/5
**advise** [1] 5/3
**advised** [2] 16/4 18/20

**affect** [3] 16/13 19/2 20/4
**After** [3] 16/24 17/25 18/6
**afternoon** [6] 3/8 4/20 17/7 17/12 17/20 18/15
**again** [1] 5/3
**against** [10] 4/20 5/5 5/17 6/16 6/24 13/22 16/6 18/22 19/7 20/9
**agree** [1] 5/23
**agreement** [3] 3/15 3/19 10/14
**agreements** [1] 4/17
**alcoholic** [1] 15/19
**ALISON** [9] 1/11 3/6 3/12 12/18 12/18 19/4 19/11 20/6 20/13
**all** [6] 5/7 6/16 6/19 14/23 18/22 21/1
**also** [2] 12/6 12/18
**am** [1] 13/10
**AMERICA** [3] 1/8 3/6 8/21
**ANGELES** [6] 1/17 1/24 2/9 2/15 3/1 12/16
**ANN** [8] 1/11 3/6 3/13 12/18 19/4 19/11 20/6 20/13
**answering** [2] 18/24 20/1
**answers** [8] 4/12 4/17 18/10 18/15 18/24 19/7 20/1 20/9
**any** [37]
**anybody** [1] 13/17
**anyone** [2] 6/21 15/7
**anything** [2] 10/19 16/12
**aol.com** [1] 2/17
**apartment** [1] 9/16
**apparent** [1] 18/25 20/2
**appeal** [1] 6/2
**appear** [2] 19/1 20/3
**appearances** [2] 2/1 3/7
**approval** [2] 11/11 11/15
**APRIL** [5] 1/18 3/1 13/2 14/1 14/6
**are** [18] 3/10 4/5 4/16 5/11 5/22 6/2 6/11 13/8 13/9 13/23 13/24 15/6 15/13 15/15 17/9 17/22 19/21 20/22
**arising** [1] 12/22
**articles** [1] 8/13
**as** [30]
**ask** [1] 4/6

**aspects** [1] 18/22
**assessment** [1] 7/12
**assistance** [1] 5/7
**assistant** [2] 2/8 14/3
**at** [16] 4/1 5/7 5/16 8/5 8/21 9/3 9/9 11/1 11/24 12/15 14/10 14/15 14/15 20/21 20/22 21/2
**attendance** [1] 5/6
**attitude** [2] 18/25 20/2
**attorney** [2] 2/6 14/3
**Attorney's** [4] 13/3 13/18 14/2 14/7
**ATTORNEYS** [1] 2/8
**audible** [1] 6/9
**audited** [2] 10/8 10/10
**authority** [1] 13/6
**automobile** [1] 9/18

**B**
**bank** [14] 8/20 8/21 8/22 8/22 8/23 8/23 8/24 9/2 9/3 9/4 9/5 9/6 9/8 9/9 9/9
**Barney** [1] 10/12
**bases** [1] 4/8
**basically** [1] 19/18
**basis** [6] 19/5 19/14 19/19 19/22 20/7 20/16
**because** [4] 13/8 13/23 15/6 16/8
**Beginning** [1] 12/15
**behalf** [4] 3/9 3/12 3/12 4/1
**believe** [1] 16/25
**below** [1] 8/8
**Bertrand** [1] 3/10
**best** [4] 17/1 18/2 18/4 18/7
**beverages** [1] 15/19
**beyond** [1] 5/13
**bind** [2] 3/20 3/24
**Bureau** [2] 13/4 14/7
**Bush** [2] 11/8 11/10
**business** [3] 9/12 10/21 12/10

**C**
**CA** [1] 2/15
**CALIFORNIA** [9] 1/2 1/17 1/24 2/9 3/1 12/1 12/4 12/17 14/16
**called** [1] 5/17
**can** [4] 3/20 4/13 4/18 7/8
**care** [3] 9/17 15/13 15/22
**carried** [1] 8/1
**case** [2] 16/1 18/1
**caused** [11] 8/3 8/10

**8/16** 8/19 9/1 9/7 9/20 10/1 11/23 12/6 12/10
**CENTRAL** [2] 1/2 12/17
**certain** [3] 16/5 19/9 20/11
**certify** [1] 22/3
**CHANGE** [1] 1/20
**charge** [6] 5/21 6/1 13/8 13/12 13/22 13/23
**charged** [2] 6/16 7/19
**charges** [5] 4/20 6/24 18/22 19/7 20/9
**child** [1] 9/17
**Christine** [2] 2/7 3/9
**circumstances** [1] 6/20
**civil** [1] 13/6
**clear** [2] 19/13 20/15
**client** [5] 16/17 16/22 16/25 17/4 17/9
**client's** [1] 17/1
**clothing** [1] 9/17
**Code** [6] 7/9 12/22 13/21 17/5 17/11 22/4
**coercion** [2] 19/10 20/12
**coercive** [2] 19/5 20/7
**cognizable** [1] 12/20
**commission** [1] 12/20
**compel** [1] 5/6
**compelled** [1] 5/17
**competent** [1] 5/13
**complete** [1] 11/5
**completed** [1] 11/2
**conceal** [2] 11/24 13/1
**concealed** [2] 8/7 11/23
**concealment** [2] 9/22 12/25
**concerning** [1] 6/16
**concluded** [1] 21/2
**conduct** [3] 20/3 10/5
**conducted** [2] 10/6 13/2
**Conference** [1] 22/8
**conferred** [1] 18/21
**confession** [1] 6/20
**confessions** [1] 16/6
**conformance** [1] 22/7
**constitutional** [2] 5/3 6/10
**consultation** [1] 16/25
**containing** [1] 8/14
**continued** [1] 20/20
**continuing** [1] 12/16
**controlled** [3] 8/20 9/2 9/8
**conveyed** [1] 16/17
**convicted** [1] 4/16

**C**

convince [1]  8/8
Corporations [1]  12/1
correct [2]  3/17 22/5
could [2]  4/19 5/17
counsel [8]  2/1 3/7
 5/7 7/6 16/4 18/20
 19/13 20/15
count [22]  3/15 7/19
 13/12 13/16 13/16
 17/1 17/6 17/14 18/2
 18/17 19/4 19/12
 19/14 19/15 19/18
 19/19 19/22 19/22
 20/6 20/14 20/16
 20/17
County [1]  12/17
court [13]  1/1 3/13 5/6
 7/8 12/20 17/15 18/21
 18/23 19/3 19/3 19/25
 20/5 20/5
Courthouse [2]  1/23
 2/8
courtroom [1]  3/10
CR [2]  1/10 3/5
created [1]  12/7
cross [1]  5/5
cross-examine [1]  5/5
CSR [2]  1/23 22/13

**D**

Date [1]  22/10
David [2]  2/7 3/8
deals [2]  11/2 11/5
dear [1]  15/8
DEBORAH [2]  1/23
 22/13
defenses [2]  6/24
 18/23
defraud [5]  9/19 9/25
 12/6 12/23 14/11
deliver [1]  8/17
demeanor [2]  18/24
 20/1
Department [3]  11/12
 11/15 12/1
deposited [6]  8/19
 8/20 9/1 9/2 9/7 9/8
described [2]  8/8 9/25
desire [2]  6/6 6/12
desist [2]  12/2 12/3
determination [1]  4/8
did [11]  11/4 11/10
 11/14 11/19 13/1 13/5
 14/10 14/19 14/25
 15/1 19/17
didn't [1]  14/5
direction [3]  8/6 11/1
 11/24
discuss [1]  17/19
discussed [1]  17/4

disposition [1]  4/20
distributed [1]  8/12
distribution [4]  8/23
 9/4 11/2 11/5
Distributions [3]  8/21
 8/22 9/3
DISTRICT [4]  1/1 1/2
 1/5 12/17
diverted [2]  9/14
 10/24
do [17]  4/10 4/14 4/21
 5/9 5/14 5/19 5/24
 6/12 13/16 16/21
 16/25 17/18 18/1 18/4
 18/6 18/17 19/21
doctor's [1]  15/13
does [4]  3/20 3/24
 19/1 20/3
doubt [1]  5/13
drug [2]  19/2 20/4
drugs [3]  15/15 15/18
 16/13
during [1]  13/2
duty [1]  5/12

**E**

each [1]  6/6
early [1]  12/15
eight [3]  7/21 12/5
 13/15
elements [2]  17/5
 17/10
elsewhere [1]  12/18
Email [1]  2/17
endorsement [4]  11/8
 11/10 11/11 11/14
enforcement [1]
 12/13
entered [4]  3/14 10/14
 19/12 20/14
entertainment [2]  9/9
 9/18
entirely [2]  7/14 15/10
entitled [2]  6/11 22/6
episodes [2]  11/17
 11/20
essence [1]  8/2
event [1]  16/18
ever [2]  10/19 15/21
everything [1]  13/10
evidence [5]  5/5 5/13
 6/21 16/6 16/9
Ewell [2]  2/7 3/9
examine [1]  5/5
exerted [1]  9/10
 20/12
expenses [1]  9/15
extent [1]  10/18

**F**

fact [17]  4/8 5/22 6/2
 8/15 10/4 10/9 10/13

10/17 10/23 11/4 11/8
 11/13 11/18 11/25
 13/9 13/24 14/20
factors [1]  16/13
facts [7]  6/16 6/19 8/7
 9/23 13/1 17/16 18/1
factual [6]  19/5 19/14
 19/19 19/22 20/7
 20/16
failure [1]  13/17
false [8]  4/12 4/17
 9/21 10/1 11/21 12/7
 12/24 13/1
family [1]  15/7
Fargo [1]  9/3
fashion [1]  18/14
favor [1]  5/7
Fax [1]  2/16
FBI [4]  3/10 13/18
 14/3 14/15
Federal [3]  9/9 13/3
 14/7
feel [2]  17/18 18/1
felony [1]  12/20
Figueroa [1]  2/15
finance [1]  7/23
financial [2]  10/8
 10/10
finds [1]  19/3 20/5
fine [1]  7/11
Finnigan [1]  3/11
first [4]  3/15 6/16 7/22
 9/9
five [3]  4/18 7/21
 13/15
Floor [1]  2/15
following [2]  10/1
 11/24
follows [1]  8/2
food [1]  9/17
forced [1]  5/24
foregoing [1]  11/21
 22/4
form [1]  11/20
format [1]  22/7
forms [1]  11/18
forth [1]  7/22
fraction [1]  10/19
fraud [3]  12/21 13/21
 14/12
fraudulent [3]  10/1
 11/21 12/24
free [5]  7/14 7/17
 15/10 19/5 20/7
freely [2]  19/6 20/8
full [4]  12/19 13/13
 19/7 20/9
fully [1]  7/22
funds [10]  8/17 8/20
 9/2 9/8 9/10 9/15
 10/21 10/24 12/8 12/9
furtherance [2]  9/24

12/5
future [1]  10/3

**G**

GACKLE [2]  1/23
 22/13
gain [1]  7/11
give [1]  4/17
God [1]  5/1
Good [1]  3/8
government [3]  5/12
 16/6 16/10
grand [2]  7/20 13/14
gross [2]  7/11 7/11
guess [1]  14/24
guilt [2]  5/13 5/23
guilty [37]

**H**

had [14]  9/12 9/12
 10/16 10/18 11/2 11/7
 11/11 11/17 12/1 12/8
 12/9 13/13 13/19
 17/18
Hal [1]  4/24
hand [1]  4/24
has [9]  6/21 13/16
 16/4 16/6 16/12 18/9
 18/9 19/5 20/7
have [18]  5/3 6/15
 6/19 6/23 6/24 7/1
 11/5 11/10 11/14
 11/19 15/18 15/21
 16/7 16/16 17/4 18/14
 18/21 18/23
having [9]  10/7 12/19
 18/20 18/23 19/9
 19/10 19/25 20/11
 20/12
head [2]  4/22 14/18
hear [2]  5/4 14/5
held [1]  22/6
help [1]  5/1
hereby [1]  22/3
herein [1]  7/22
HERUTH [13]  1/11 3/6
 3/13 3/14 7/20 12/18
 12/19 19/4 19/11
 19/17 20/6 20/13
 20/22
Heruth-Waterbury [1]
 12/19
himself [1]  9/16
hired [1]  10/11
his [2]  9/11 11/24
home [1]  7/17
Homeland [2]  11/12
 11/15
Honor [13]  3/8 7/7
 14/14 14/22 16/11
 16/15 16/20 16/23
 17/8 17/13 17/17

12/5
 future [1]  10/3

19/16 20/18
HONORABLE [1]  1/5
How [1]  18/17

**I**

I'm [2]  14/22 19/20
if [4]  4/12 4/16 7/22
 15/25
illegally [1]  16/9
important [1]  4/7
impose [4]  3/20 3/25
 7/8 16/17
imposition [1]  16/1
impression [1]  12/8
imprisoned [1]  4/18
imprisonment [2]
 7/10 16/2
in [95]
include [1]  16/2
including [5]  8/12
 8/21 9/3 9/9 9/16
incriminate [1]  5/18
indication [1]  16/16
indictment [11]  3/16
 6/17 7/20 7/22 13/16
 17/2 18/3 19/5 19/12
 20/7 20/14
influence [1]  19/1
 19/6 20/3 20/8
informing [1]  12/13
initial [4]  10/3 10/5
 10/6 10/8
innocence [2]  5/12
 5/23
instead [1]  17/15
intelligence [2]  18/25
 20/2
interest [2]  17/1 18/2
 18/5 18/7
Internal [4]  13/4 13/18
 14/4 14/8
interview [1]  13/2
 14/14
interviewed [1]  14/2
into [1]  10/14
invest [3]  8/4 8/8 9/20
invested [1]  12/8
investigation [3]  13/4
 14/8 20/20
investment [1]  8/17
investments [1]  12/12
investor [6]  8/20 9/2
 9/8 9/15 10/21 10/24
investors [14]  7/25
 8/3 8/8 8/8 8/12 8/16
 9/13 9/20 11/25 11/25
 12/7 12/9 12/11 12/24
investors' [1]  9/10
involved [1]  14/11
IRS [1]  3/11
issued [1]  12/1
it [9]  3/24 5/12 6/6

## I

it... [6]  10/11 10/19 19/13 19/13 20/15 20/15
it's [8]  7/17 7/19 16/25 17/14 17/16 18/1 18/4 18/7
Item [1]  3/5
its [2]  10/7 11/17

## J

Joseph [3]  12/22 13/19 14/11
judge [3]  1/5 13/5 13/19
judgment [2]  19/2 20/4
Judicial [1]  22/7
July [3]  20/21 20/22 22/10
jurors [1]  5/22
jury [3]  5/4 7/20 13/14 17/14
just [3]  6/5 13/10 17/14

## K

kind [3]  15/24 19/6 20/8
knew [10]  10/4 10/10 10/13 10/17 10/23 11/4 11/9 11/14 11/19 15/3
know [5]  14/10 14/19 14/24 14/25 16/21
knowingly [2]  9/25 11/23
knowledge [6]  12/19 13/19 14/20 18/1 19/7 20/9
known [2]  12/18 13/5

## L

law [5]  2/14 3/21 7/2 12/13 15/1
laws [2]  13/20 14/21
lawyer [2]  6/15 6/19
leases [1]  9/18
least [1]  12/15
left [1]  16/1
legality [1]  16/5
let [1]  14/10
letters [2]  12/6 12/10
lie [1]  18/10
lied [1]  18/14
limited [6]  8/21 8/22 8/23 9/4 9/5 9/16
LOS [6]  1/17 1/24 2/9 2/15 3/1 12/16
Los Angeles [1]  12/16
loss [1]  7/11
lulling [1]  12/6

## M

made [8]  4/1 8/6 9/25 10/1 15/7 16/16 19/6 20/8
mail [4]  8/16 12/21 13/21 14/12
mailed [3]  8/11 12/7 12/11
make [3]  4/7 4/12 13/5
making [3]  13/1 18/24 20/1
mandatory [1]  7/12
manner [5]  5/18 19/3 19/10 20/5 20/12
MANUEL [1]  1/5
markets [2]  11/3 11/5
material [9]  8/6 8/7 8/14 8/15 9/22 10/1 11/24 13/1 13/1
materially [1]  12/24
materials [2]  8/11 8/14
matter [12]  5/16 6/2 6/8 6/13 16/2 16/24 17/2 17/19 17/23 18/3 20/19 22/6
maximum [4]  3/21 7/1 7/5 7/8
may [10]  4/19 6/20 6/24 12/3 12/15 16/2 16/13 18/23 19/2 20/4
May 9 [1]  12/3
me [6]  3/20 3/24 4/17 5/1 18/10 18/14
means [1]  12/24
Medawar [36]
Medawar's [1]  12/23
medication [1]  16/13
medicine [2]  19/2 20/4
medicines [2]  15/15 15/18
member [1]  15/7
memoranda [1]  8/13
military [1]  13/6
million [4]  9/21 10/16 10/18 10/20
mind [1]  6/6
misappropriated [2]  9/15 10/24
misleading [2]  9/21 12/8
misrepresentations [2]  8/7 8/15
misused [2]  9/14 10/24
money [2]  7/24 12/23
Mr [1]  17/23
Mr. [6]  17/19 17/25 18/6 18/9 19/13 20/15
Mr. Nishi [6]  17/19

17/25 18/6 18/9 19/13 20/15
Ms. [4]  3/14 7/20 19/17 20/22
Ms. Heruth [4]  3/14 7/20 19/17 20/22

## N

name [2]  11/12 11/15
namely [1]  10/12
nature [1]  6/23
near [2]  10/3 15/8
never [5]  10/5 10/6 10/10 10/13 10/18
news [1]  8/13
NISHI [10]  2/14 2/14 3/12 17/19 17/23 17/25 18/6 18/9 19/13 20/15
No. [6]  8/23 8/24 9/4 9/5 9/6 9/10
No. 7505 [1]  9/10
No. X-06104 [1]  8/23
No. X-10091 [1]  8/23
No. XXX-XXX-6244 [1]  9/4
No. XXX-XXX1173 [1]  9/6
No. XXX-XXX6996 [1]  9/5
Nodding [4]  4/22 14/18
North [2]  1/24 2/9
not [16]  3/20 3/24 5/11 5/17 7/17 9/16 11/5 11/10 11/14 11/19 13/5 14/19 16/22 18/18 19/1 20/3
notify [1]  13/17
numerous [1]  8/6

## O

oath [1]  4/6
observed [2]  18/23 19/25
observing [2]  18/25 20/2
obtain [1]  12/23
obtained [2]  6/21 16/9
offense [4]  7/2 7/12 17/5 17/10
offer [3]  7/2 19/3 20/5
offered [1]  18/21
offering [4]  10/3 10/5 10/6 10/9
office [5]  13/3 13/18 14/2 14/7 20/20
officers [1]  12/13
offices [2]  2/14 14/15
omissions [1]  8/15
one [3]  7/10 7/21 13/15

one-year [1]  7/10
only [1]  16/1
operations [1]  10/22
Order [1]  12/2
ordering [1]  12/3
other [8]  6/21 8/14 13/6 16/6 16/13 18/9 19/2 20/4
other's [1]  9/11
others [6]  7/24 8/3 8/5 9/16 11/1 11/23
otherwise [2]  8/11 8/17
out [1]  8/2
over [1]  10/16
overseas [2]  11/3 11/5
own [2]  9/11 17/25

## P

p.m [2]  3/2 20/21 20/23 21/2
page [1]  22/6
Paine [1]  10/12
paragraph [5]  7/23 8/1 9/24 11/22 12/5
paragraphs [2]  7/21 13/15
particular [1]  16/18
pay [1]  9/15
penalty [3]  3/21 7/1 7/5
period [1]  7/10
perjury [2]  4/13 4/17
person [2]  13/6 18/9
personal [4]  9/11 9/15 10/25 10/25
personally [1]  5/3
persons [1]  14/20
pills [1]  15/19
place [3]  4/6 14/15 14/17
placement [1]  8/12
plea [22]  1/20 3/15 3/19 4/5 4/8 4/9 5/2 6/7 6/12 7/14 15/10 15/25 16/19 16/22 18/11 18/21 19/4 19/8 19/11 20/6 20/10 20/13
plead [7]  3/15 7/2 17/1 17/19 18/2 18/7 18/17
pleading [12]  5/21 6/1 13/8 13/23 15/6 16/8 17/6 17/11 19/14 19/18 19/21 20/16
please [3]  3/7 4/24 19/20
position [1]  10/5
possession [1]  16/9
possible [2]  6/24 13/5
post [2]  11/18 11/20
post-production [1]

11/20
post-production,when [1]  11/18
potential [2]  8/3 11/25
preparation [1]  10/8
prepared [2]  8/10 8/11
present [3]  3/10 3/13 14/4
presentence [1]  20/20
presently [1]  15/13
President [2]  11/8 11/10
PRESIDING [1]  1/6
press [1]  8/13
pretenses [2]  10/2 12/25
prevent [1]  12/11
private [1]  8/12
probation [1]  20/19
proceeding [1]  4/7
proceedings [4]  1/16 5/8 21/2 22/5
process [1]  10/7
processes [1]  5/6
production [2]  10/22 11/20
production,when [1]  11/18
promise [1]  16/18
promised [5]  9/13 12/9 12/10 19/9 20/11
promises [4]  9/22 10/2 11/22 12/25
promotional [1]  8/14
property [1]  12/23
prosecuted [2]  4/13 4/16
prove [2]  5/11 5/12
provided [2]  3/21 7/2
provides [2]  7/23 8/1
psychiatric [1]  15/21
public [7]  5/4 10/3 10/5 10/6 10/9 10/11 10/15
purposes [3]  9/11 9/12 12/10
pursuant [1]  22/3
put [2]  18/11 18/15

## Q

questions [7]  4/6 4/13 4/18 18/11 18/15 18/24 20/1

## R

raise [1]  4/24
raised [1]  7/24
rather [5]  6/7 6/13 9/11 17/22 18/3
REAL [1]  1/5
realleges [2]  7/20 13/14

## R

**reason [1]** 16/21
**reasonable [1]** 5/13
**receive [1]** 4/19
**recess [1]** 21/1
**recommendations [1]** 4/1
**record [2]** 14/14 17/14
**referenced [1]** 17/15
**referred [1]** 20/19
**refrain [2]** 12/2 12/3
**regularly [1]** 15/16
**regulations [1]** 22/7
**reject [1]** 3/25
**relax [2]** 6/5 14/23
**release [1]** 7/10
**releases [1]** 8/14
**rentals [1]** 9/17
**repeat [1]** 19/20
**repeats [2]** 7/20 13/14
**report [1]** 20/20
**reported [1]** 22/5
**REPORTER'S [1]** 1/16
**representation [1]** 17/22
**representations [4]** 9/22 10/2 11/22 12/25
**represented [1]** 9/13
**required [1]** 5/11
**respect [1]** 3/25
**response [2]** 6/9
**result [1]** 9/19
**resulting [1]** 7/12
**return [2]** 12/12 20/22
**Revenue [4]** 13/4 13/18 14/4 14/8
**review [1]** 16/24
**right [6]** 4/24 5/4 5/22 6/2 14/23 21/1
**rights [4]** 6/6 6/7 6/10 6/12
**Room [1]** 1/24
**RPR [1]** 1/23

## S

**said [2]** 7/18 13/10
**sale [1]** 7/25
**same [8]** 13/1 13/5 17/16 17/16 19/14 19/18 19/22 20/16
**satisfied [2]** 17/9 17/22
**scheme [6]** 8/2 9/19 9/24 12/5 12/23 14/11
**seal [2]** 11/12 11/15
**Section [6]** 7/9 12/22 13/22 17/6 17/11 22/3
**securities [1]** 12/4
**Security [2]** 11/13 11/16
**see [1]** 5/4

---

**seeking [1]** 12/11
**selling [1]** 12/4
**sent [2]** 12/7 12/11
**sentence [11]** 3/20 3/24 4/2 4/19 7/8 16/2 16/17 16/18 19/9 20/11 20/23
**September [1]** 12/16
**series [5]** 10/22 11/3 11/6 11/7 11/9
**Service [4]** 13/4 13/18 14/4 14/8
**set [2]** 7/22 13/16
**seven [1]** 11/22
**should [3]** 4/12 15/25 16/21
**sic [1]** 17/1
**six [1]** 9/24
**Smith [1]** 10/12
**solicit [1]** 8/3
**solicited [1]** 8/3
**some [3]** 4/6 13/5 13/19
**something [1]** 15/3
**soon [1]** 13/5
**sorry [3]** 14/5 14/22 19/20
**special [1]** 7/12
**speedy [1]** 5/4
**Spring [2]** 1/24 2/9
**St [1]** 2/15
**stages [1]** 5/7
**state [2]** 7/5 12/4
**stated [1]** 6/10
**statement [1]** 6/20
**statements [4]** 10/8 10/10 13/2 16/5
**STATES [26]**
**statute [3]** 12/21 13/21 17/16
**statutes [1]** 14/12
**Steeple [28]**
**Steeple's [2]** 7/23 10/10
**stenographically [1]** 22/5
**STEPHANIE [1]** 2/6
**stock [1]** 7/25
**story [1]** 6/15
**Street [2]** 1/24 2/9
**subscription [1]** 8/13
**substance [2]** 19/2 20/4
**such [1]** 10/22
**sufficient [1]** 17/18
**suing [1]** 12/12
**superseding [4]** 3/16 6/17 7/22 18/2
**supervised [1]** 7/10
**surround [1]** 6/20
**Swear [1]** 4/23
**sworn [1]** 4/25

---

## T

**taken [1]** 15/18
**taking [2]** 4/5 15/15
**talking [2]** 17/25 18/6
**television [5]** 10/22 11/3 11/6 11/7 11/9
**telling [2]** 14/19 15/4
**That's [1]** 14/23
**their [3]** 12/8 12/12 12/13
**them [2]** 9/12 12/11 14/10
**these [2]** 4/18 12/10
**thing [1]** 16/1
**think [2]** 18/4 18/7
**this [27]**
**THOMAS [2]** 2/14 2/14
**those [6]** 6/6 6/7 6/12 6/16 12/9 14/20
**threat [1]** 15/7
**threats [2]** 19/10 20/12
**three [3]** 7/9 7/21 13/15
**through [6]** 7/21 7/21 7/25 12/16 13/15 13/15
**time [3]** 4/1 14/10 17/18
**tiny [1]** 10/19
**Title [5]** 7/9 13/21 17/5 17/10 22/4
**Title 18 [1]** 22/4
**today [2]** 15/19 16/14
**told [6]** 6/15 6/19 6/23 7/1 16/12 18/10
**Tom [1]** 3/12
**tommy5850 [1]** 2/17
**took [2]** 14/15 14/17
**transcript [3]** 1/16 22/5 22/6
**transfer [1]** 8/17
**trial [7]** 5/4 5/16 5/22 6/8 6/13 17/2 18/3
**truth [9]** 10/4 10/9 10/12 10/17 10/23 11/4 11/8 11/13 11/18
**tuition [1]** 9/17
**twice [1]** 7/11

## U

**U.S [1]** 1/5
**UBS [1]** 10/12
**unanimously [1]** 5/23
**under [6]** 4/6 13/6 15/13 15/21 19/1 20/3
**understand [16]** 3/14 3/19 3/22 4/3 4/10 4/14 4/21 5/9 5/14 5/19 5/24 6/3 15/25 19/17 19/21 20/24

---

**understands [1]** 17/10
**underwriter [2]** 10/11 10/14
**UNITED [26]**
**untruthful [1]** 4/17
**upon [8]** 3/21 3/25 4/19 5/23 15/7 18/21 19/10 20/12
**use [3]** 9/21 11/12 11/15
**used [3]** 9/10 10/21 12/9
**uses [2]** 10/25 10/25
**using [1]** 9/11

## V

**valuation [1]** 10/16
**value [1]** 10/18
**various [1]** 11/18
**versus [1]** 3/6
**violating [3]** 13/20 14/21 14/25
**violation [3]** 7/9 13/20 14/12
**violations [1]** 12/21
**voluntarily [1]** 15/11 19/6 20/8
**voluntariness [1]** 4/9
**voluntary [2]** 7/15 7/17

## W

**waive [2]** 6/7 6/12
**waiving [2]** 5/22 6/2
**Walt [1]** 3/10
**want [1]** 5/2
**was [6]** 10/4 10/7 10/19 10/19 13/19 14/11
**Waterbury [1]** 12/19
**way [1]** 3/20
**we [1]** 4/5
**We're [1]** 21/1
**Webber [1]** 10/12
**WEDNESDAY [2]** 1/18 3/1
**well [9]** 10/4 10/10 10/13 10/17 11/4 11/9 11/13 11/19 14/25
**Wells [1]** 9/3
**weren't [1]** 15/3
**Westwood [1]** 14/15
**what [2]** 3/20 16/17
**where [1]** 14/17
**which [19]** 4/7 4/19 5/22 6/11 6/20 7/2 13/21 16/2 17/6 17/11 17/15 18/11 18/15 19/2 19/14 19/18 19/22 20/4 20/16
**while [2]** 18/24 20/1

---

**who [1]** 15/8
**whole [2]** 6/15
**why [1]** 16/21
**Willingham [2]** 2/7 3/9
**Wilshire [1]** 14/15
**wire [1]** 8/16
**wit [1]** 12/21
**within [2]** 3/21 12/17
**witness [1]** 5/17
**witnesses [2]** 5/5 5/6
**working [2]** 8/5 11/24
**worth [2]** 10/19 10/19
**would [7]** 3/25 10/2 10/21 10/24 16/17 18/11 19/20
**written [1]** 8/11

## X

**X-01471 [1]** 8/25
**X-10196 [1]** 8/22
**XXX [4]** 9/4 9/4 9/5 9/6
**XXX1173 [1]** 9/6
**XXX6996 [1]** 9/5

## Y

**year [1]** 7/10
**years [2]** 4/18 7/10
**YONEKURA [1]** 2/6
**you've [2]** 3/14 17/18
**yourself [2]** 5/17 5/18